UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| GABRIEL GONZALEZ-MERCADO, § <br> Petitioner, § <br> § <br> v. § <br> § <br> UNITED STATES OF AMERICA, § <br> Respondent. § | CRIMINAL CASE NO. B-01-047 <br> CIVIL CASE NO. B-03-159 |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Petitioner's application for relief pursuant to 28 U.S.C. § 2255 is hereby DENIED and his application is DISMISSED with prejudice.

DONE at Brownsville, Texas this ___ day of October_____, 2003.

_____
Hilda Tagle
United States District Judge

7