IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
NOV 0 7 2003
Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| RESPONDENT, § | |
| § | CASE NO.: B-01-47-01 |
| VERSUS § | CIVIL CASE NO.: B-03-159 |
| § | |
| GABRIEL GONZALEZ-MERCADO, § | |
| PETITIONER. § | |

## MOTION FOR RECONSIDERATION

TO THE HONORABLE HILDA G. TAGEL, UNITED STATES DISTRICT JUDGE:

**Comes now**, GABRIEL GONZALEZ-MERCADO, ("Petitioner") herein, by and through Pro-se representation and files Motion for Reconsideration and respectfully shows the court as follows:

Petitioner filed a Request for Modification of Sentence, which was denied by this honorable court on June 25, 2003. On October 29, 2003, Petitioner received the Magistrate's Report and Recommendation, which gave notification of filing written objections to the proposed findings, conclusions, and recommendations in

the Magistrate's Report and Recommendation within 10 days after being served. Petitioner was served on October 8, 2003. On October 23, 2003, the District Judge adopted the Magistrate's Judges Report and Recommendation. This Petition follows:

## I.

After further reviewing this petition, Petitioner maintains he was wrongfully enhanced sixteen (16) levels for a prior aggravated felony conviction, for Possession of Cocaine for Sale in Criminal case No.: 153984, because he was subsequently deported to Mexico. As previously stated, following the sentence of his criminal charge, Petitioner was **released and was never deported**. Let it be emphasized that the sixteen (16) level enhancement is unconstitutional because following this conviction of eight (8) months county jail, followed by three (3) years supervised release; Petitioner was released and not deported. Let it be remembered, that the offense date was on January 31, 1992. If the offense date was on January 31, 1992, why was Petitioner not deported then? If on January 31, 1992, Petitioner was deportable under the law, why was he deported until May 5, 1999? This deportation does not exist, because Petitioner was not deported. Furthermore, pursuant to U.S.S.G. § 2L1.2 (a) (1) (B) states as follows:

> *(B)   A conviction for a felony drug trafficking offense for which the sentence imposed was 13 months or less, increase by 12 levels.*

Please review page four- (4), Paragraph thirteen- (13), Pre-Sentence Report for further document support. **Specific Offense Characteristic:** The defendant has a prior aggravated felony conviction, as defined in 8 U.S.C. § 1101(a)(43)(B) for possession of cocaine fro sale in **Criminal Number. 153984.** Pursuant to U.S.S.G. § 2L2.1(b)(1)(A) the offense level is increased by sixteen (16) levels.

Petitioner's increased offense level of sixteen (16) is misplaced. Petitioner's offense level should reflect an offense level of twelve (12), and not sixteen (16). Petitioner's total offense level should be seventeen (17), Category III, (30-37 months). Petitioner was sentenced to 46 months followed by 3 years supervised release.

## CONCLUSION

For the foregoing reasons, Petitioner respectfully requests that after considering the merits of his case grants relief requested and issue a sentence reduction as the court see fit.

Respectfully Submitted,

Dated on: 11-4-003

*Gabriel Gonzalez-M*
GABRIEL GONZALEZ-MERCADO
BOP NO.: 94615-079
AIRPARK UNIT
3700 WRIGHT AVENUE
BIG SPRING, TEXAS 79720

## CERTIFICATE OF SERVICE

I GABRIEL GONZALEZ-MERCADO, on November 6, 2003, filed Motion for Reconsideration to: U.S. District Clerk, 600 E. Harrison Street # 101, Brownsville, Texas 78520-7114.

Cc:   Assistant U.S. Attorney
      Ronald G. Morgan
      600 E. Harrison Street
      Suite # 201
      Brownsville, Texas 78520-7155