IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **GABRIEL GONZALEZ-MERCADO** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. B-03-159** |
| | § | **CRIMINAL CASE NO. B-01-047** |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| Respondent. | § | |

## ORDER

BE IT REMEMBERED that on November 12, 2003, the Court **DENIED** Petitioner's Motion For Reconsideration [Dkt. No. 8]. Petitioner simply reargues the merits of his petition and objection to the magistrate's report and recommendation. Petitioner fails to demonstrate any basis for the Court to reconsider its order adopting the magistrate's report and recommendation.

DONE at Brownsville, Texas, this 12th day of November 2003.

Hilda g. Tagle
United States District Judge